**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. SA-26-CR-00505 (1) XR** |
| | § | |
| **JOHN MANUEL VARGAS** | § | |

## MOTION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now JOHN MANUEL VARGAS, Defendant in the above styled and numbered cause, and respectfully requests a continuance of the ARRAIGNMENT AND DETENTION Hearing set for October 22, 2026 and for good cause would show this Court as follows:

**I.**

Undersigned counsel has filed a motion to withdraw

**II.**

The purpose of this proposed continuance is not for the purpose of delay, but so that justice may be achieved in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant JOHN MANUEL VARGAS respectfully requests that the Court grant this motion.

Respectfully submitted,

/S/ George B. Dombart

GEORGE B. DOMBART
State Bar No. 24036491
401 E. Sonterra Blvd., Suite 375
San Antonio, Texas 78258
(210) 281-1394 Telephone
(210) 569-6255 Facsimile
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification to each party including the Assistant United States Attorney for the Western District of Texas.

/S/ George B. Dombart

GEORGE B. DOMBART

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. SA-26-CR-00505 (1) XR** |
| | § | |
| **JOHN MANUEL VARGAS** | § | |

**ORDER**

On this day came on to be considered Defendant's Motion for Continuance. After consideration of same, it is the opinion of this Court that said Motion is hereby

(GRANTED) (DENIED).

ENTERED on this the ______ day of ________________________________, 2026.

________________________________________
JUDGE PRESIDING